UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Subpoena Regarding:   No. 4:23-mc-107

23-367-04   **MOTION TO SEAL**

Regarding Subpoena No.: 2023R00414-005

The United States hereby moves this Court for an order:

1. Sealing the redacted subpoena for a period of 90 days, subject to renewal, in that this search is being conducted as a part of an ongoing investigation.

2. Permanently sealing the unredacted subpoena filed in this matter, as the document contains reference to an ongoing investigation, protected personal identifiers, and references to informants and/or witnesses.

3. Sealing the redacted subpoena for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated this 11th day of October 2023.

ALISON J. RAMSDELL
United States Attorney

*Mark Hodges*
Mark Hodges
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone:  (605)357-2346
Facsimile:  (605)330-4410
E-Mail:  mark.hodges@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Subpoena Regarding:  No. 4:23-mc-107

23-367-04  **ORDER TO SEAL**

Regarding Subpoena No.: 2023R00414-005

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That the redacted subpoena is hereby sealed for a period of 90 days from the date of this order.

2. That the subpoena that is not designated as redacted in the caption, shall be permanently sealed.

3. That the redacted subpoena shall be sealed for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

4. That the Clerk of this Court shall automatically unseal the redacted subpoena filed therein after the passage of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated: October 11, 2023

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge